ROSE ELLA MONAHAN *v.* JOHN J. LOEPER
(10719)

DALY, FOTI and HEIMAN, Js.

Argued November 5—decision released December 1, 1992

*Charles M. Tighe,* for the appellant (defendant).
*Adam J. Olshan,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

PATRICIA ANTON *v.* LEONARD RICH ET AL.
(10077)

DALY, FOTI and SCHALLER, Js.

Argued November 5—decision released December 1, 1992

*Laurence V. Parnoff,* with whom, on the brief, was
*Kathryn L. Braun,* for the appellant (plaintiff).

PER CURIAM. The judgment is affirmed.